[Nos. 35098-6-I; 36990-3-I.   Division One.   May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ECKMAN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 93-1-07220-8, Carmen Otero, J., entered August 15, 1994. *Reversed* by unpublished per curiam opinion.

[No. 35647-0-I.   Division One.   May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALKAREEM JABBAR SHADEED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01095-2, Richard M. Ishikawa, J., entered November 11, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Cox, JJ.

[No. 36175-9-I.   Division One.   May 27, 1997.]

*In the Matter of the Welfare of* M.C.

Appeal from a judgment of the Superior Court for King County, No. 91-7-00282-5, Charles V. Johnson, J., entered January 26, 1995. *Reversed* by unpublished opinion per Webster, J., concurred in by Grosse and Becker, JJ.

[No. 36360-3-I.   Division One.   May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEE GHOLSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04856-9, Richard M. Ishikawa, J., entered March 23, 1995. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse and Ellington, JJ.